IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:11cr191-MHT |
| | ) | (WO) |
| JASON TERRELL DAVENPORT | ) | |

ORDER

The Retroactivity Screening Panel having been unable to reach a decision as to whether defendant Jason Terrell Davenport should receive a reduction of sentence and the panel having recommended (doc. no. 594) that the court appoint counsel and hold a hearing, it is ORDERED that:

(1) The Federal Defender is appointed to represent defendant Jason Terrell Davenport.

(2) A telephonic status conference is set for March 13, 2017, at 10:00 a.m., to discuss defendant Davenport's entitlement to a reduction and set a briefing schedule. The parties should be prepared to identify and discuss all major issues to be addressed in the briefing, including, but perhaps not limited to, the application of Freeman v. United States, 131 S. Ct. 2685 (2011), and

U.S.S.G. §1B1.10(c), the policy statement formerly known as Amendment 780.  Counsel for the government shall be responsible for arranging the conference call.

DONE, this the 9th day of March, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**