IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:11cr191-MHT |
| | ) | (WO) |
| JASON TERRELL DAVENPORT | ) | |

ORDER

Now pending before the court is the United States Probation Department's petition for early termination of defendant Jason Terrell Davenport's supervised release.  The court agrees that Davenport's supervision should be terminated early.

The Department represents that he has completed 53 months of his 60-month term in compliance with all conditions of his supervised release. Memorandum for Early Termination of Supervised Release (Doc. 677-1) at 1.  The Department finds that he has demonstrated a "pattern of stability in his personal life and supervision," warranting termination, and that he will continue to receive sufficient prosocial support to remain lawful without supervision.  *Id.* at 2.  Also,

the government orally represented that it does not oppose the petition.

Accordingly, pursuant to 18 U.S.C. § 3583(e)(1), it is ORDERED that the petition for early termination of supervised release (Doc. 677) is granted; that defendant Jason Terrell Davenport's supervised release is terminated; and that defendant Davenport is discharged.

DONE, this the 2nd day of February, 2023.

                                  /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**